AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

ANTHONY MICHAEL MARCELLI,

     Petitioner,         JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:16-cv-00503-MMD-WGC**

ISIDRO BACA, et al.,

     Respondents.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.
**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

  October 18, 2016                         **LANCE S. WILSON**
                                                     Clerk

                                               /s/ D. R. Morgan
                                               Deputy Clerk